IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL TAYLOR** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| | : | |
| **CYNTHIA LEMUS,** | : | **NO. 16-5407** |
| | : | |
| **Defendant.** | : | |

### O R D E R

**AND NOW**, this 9th day of March, 2017, upon consideration of the Defendant's Motion to Dismiss (Doc. No. 4) and Plaintiff's Response to the Motion to Dismiss (Doc. No. 5), **IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. No. 4) is **DENIED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.